IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01324-REB-BNB

HELEN COX,

Plaintiff,

v.

DE'LONGHI, S.p.a., A Foreign Corporation
DE'LONGHI AMERICA, INC., A Foreign Corporation,
THE DE'LONGHI GROUP, A Foreign Corporation,
JOHN DOE MANUFACTURER,
JOHN DOE DISTRIBUTOR,

Defendants.
_____

**ORDER**
_____

Counsel for the plaintiff and for defendant De'Longhi America, Inc., appeared this afternoon for a status conference. The plaintiff filed today what she states are returns of service on the two identified foreign corporations not located within the United States--De'Longhi S.p.a. and The De'Longhi Group--indicating that service was perfected in Italy on July 8, 2009. Consistent with matters discussed at the status conference:

IT IS ORDERED that a scheduling conference is set for **October 6, 2009, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed scheduling order and submit it to the court on or before **October 1, 2009**.

Dated August 19, 2009.

                                                    BY THE COURT:

                                                    s/ Boyd N. Boland
                                                    United States Magistrate Judge