IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01324-REB-BNB

HELEN COX,

Plaintiff,

v.

DE'LONGHI, S.p.a., A Foreign Corporation
DE'LONGHI AMERICA, INC., A Foreign Corporation,
THE DE'LONGHI GROUP, A Foreign Corporation,
JOHN DOE MANUFACTURER,
JOHN DOE DISTRIBUTOR,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record. Consistent with matters discussed at the scheduling conference today:

IT IS ORDERED that a revised scheduling order, modified as discussed this morning, shall be prepared by the parties and submitted to the court on or before **October 19, 2009**.

IT IS FURTHER ORDERED that a supplemental scheduling conference is set for **October 26, 2009, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that a final pretrial conference will be held in this case on **May 27, 2010, at 8:30 a.m.** A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **May 20, 2010**. The parties shall comply with the

requirements of REB Civ. Practice Standards in connection with the preparation of the proposed Final Pretrial Order, and in particular with Parts III.D and IV.A.2 of those Practice Standards.

Dated October 6, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge