**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01324-REB-BNB

HELEN COX,

    Plaintiff,

v.

DE'LONGHI, S.p.a. a foreign corporation,
DE'LONGHI AMERICA, INC., a foreign corporation,
JOHN DOE MANUFACTURER, and
JOHN DOE DISTRIBUTOR,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The parties have filed **Stipulation of Dismissal De'Longhi Group Only** [#39] on October 21, 2009. After careful review of the stipulation and the file, the court has concluded that the stipulation should be **APPROVED**.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal De'Longhi Group Only** [#39], filed October 21, 2009, is **APPROVED**;

    2. That plaintiff's claims against defendant De'Longhi Group only are **DISMISSED WITHOUT PREJUDICE**, each party to pay its own attorney fees and costs; and

    3. That defendant De'Longhi Group is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated October 22, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge