IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01324-REB-BNB

HELEN COX,

Plaintiff,

v.

DE'LONGHI, S.p.a., a Foreign Corporation
DE'LONGHI AMERICA, INC., a Foreign Corporation,
JOHN DOE MANUFACTURER,
JOHN DOE DISTRIBUTOR,

Defendants.
_____

## ORDER
_____

The parties appeared this morning for a supplemental scheduling conference. The proposed scheduling order was refused for the reasons stated on the record. Consistent with matters discussed at the scheduling conference today:

IT IS ORDERED that a second revised scheduling order, modified as discussed this morning, shall be prepared by the parties and submitted to the court on or before **October 30, 2009**.

Dated October 26, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge