IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01324-REB-BNB

HELEN COX,

Plaintiff,

v.

DE'LONGHI, S.p.a., a Foreign Corporation
DE'LONGHI AMERICA, INC., a Foreign Corporation,
JOHN DOE MANUFACTURER,
JOHN DOE DISTRIBUTOR,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order** [docket no. 58, filed February 2, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 15, 2010**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 8, 2010**;

| | |
|---|---|
| Discovery Cut-off: | **April 15, 2010;** |
| Dispositive Motions Deadline: | **April 15, 2010.** |

DATED:  February 2, 2010