**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01324-REB-BNB

HELEN COX,

    Plaintiff,

v.

DE'LONGHI, S.p.a. a foreign corporation,
DE'LONGHI AMERICA, INC., a foreign corporation,
JOHN DOE MANUFACTURER, and
JOHN DOE DISTRIBUTOR,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulated Notice of Dismissal With Prejudice** [#64] filed April 21, 2010. After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Notice of Dismissal With Prejudice** [#64] filed April 21, 2010, is **APPROVED**;

    2. That the Trial Preparation Conference set for June 25, 2010, is **VACATED**;

    3. That the jury trial set to commence July 12, 2010, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** without costs awarded to any party.

Dated April 22, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge